IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00372-LTB

FRANK K. DICKMAN, JR.,

    Plaintiff,

v.

MICROSOFT CORPORATION, and
SATYA NADELIA (CEO Microsoft Corporation),

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 21, 2018, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 21 day of March, 2018.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/ *A. Garcia Garcia*
                                      Deputy Clerk